LOUIS P. DELL, ESQ. (SBN 164830)
LAW OFFICE OF LOUIS P. DELL
11150 West Olympic Blvd., Suite 1120
Los Angeles, CA 90064
Office: 310-914-7400
Fax: 310-914-7435

**JS-6**

Attorney for Plaintiff,
OCIE HENDERSON

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCIE HENDERSON, an individual,<br>    Plaintiff,<br>vs.<br>COUNTY OF LOS ANGELES, a subdivision of the State of California,<br>CITY OF HAWTHORNE, a subdivision of the State of California,<br>GRADY MILES, Badge No. 406911,<br>KEN MCWAID,<br>FRANCIS HARDIMON, individually and in their capacities with the County of Los Angeles Sheriff Department,<br>and DOES 4 to 10, inclusive,<br>    Defendants. | CASE NO. CV 05-3019-ABC (CTx)<br><br>**JUDGMENT** |

-1-

**Judgment**

This action came on for jury trial on June 23, 2009, the Honorable Audrey B. Collins, United States District Judge Presiding.  On June 25, 2009, the first phase of case having been duly tried and submitted to the jury, the jury retired to deliberate on liability and compensatory damages, and answered as follows:

### SPECIAL VERDICT – LIABILITY AND COMPENSATORY DAMAGES

WE, THE JURY, in the above-entitled action find the following special verdict on the questions submitted to us:

**QUESTION NO. 1:** Has Plaintiff proved by a preponderance of the evidence that Defendant Grady Miles violated Plaintiff Ocie Henderson's civil rights by arresting him without probable cause?

Yes__X___          No_____

 Proceed to Question No. 2.

**QUESTION NO. 2:** Has Plaintiff proved by a preponderance of the evidence that Defendant Grady Miles violated Plaintiff Ocie Henderson's civil rights by searching Plaintiff Ocie Henderson's person or vehicle?

Yes__X___          No_____

Proceed to Question No. 3A.

**QUESTION NO. 3A:** Has Plaintiff proved by a preponderance of the evidence that Defendant Grady Miles violated the Plaintiff Ocie Henderson's civil rights by retaliating against him based on his speech and/or non-verbal expressive conduct

protected by the First Amendment?

Yes__X___                              No_____

If your answer to Question No. 3A is "Yes," then answer Question No. 3B. If your answer to Question No. 3A is "No," then skip Question No. 3B.

**QUESTION NO. 3B:** Has Plaintiff proved by a preponderance of the evidence that the civil rights violation that you found in Question No. 3A was a substantial factor in causing injury or harm to the plaintiff?

Yes__X___                              No_____

Before proceeding to Question 4, please review your answers to this point. If you answered "YES" to Questions 1, 2 OR 3B, then proceed to Question 4.

If you answered "NO" to Questions 1, 2 AND 3B, have the jury foreperson sign, date and return the verdict form.

**QUESTION NO. 4:** Has Plaintiff proved by a preponderance of the evidence that Defendant Ken McWaid supervised Defendant Grady Miles in a manner which violated Plaintiff Ocie Henderson's constitutional rights?

Yes_____                              No__X___

Proceed to Question No. 5.

**QUESTION NO. 5:** Has Plaintiff proved by a preponderance of the evidence that the plaintiff suffered damages as a result of the violation of his constitutional rights?

__X___ Yes, in the amount of $15,000.00

_____ No, nominal damages of $1.00 should be awarded.

IT IS ORDERED AND ADJUDGED that:

1. Plaintiff Ocie Henderson have judgment against defendant Grady Miles and recover the sum of $15,000.00.

3. The plaintiff shall recover costs of suit as taxed by the Clerk.

4. All sums awarded by this judgment bear interest at the judgment rate from the date of entry of this judgment until paid in full.

5. The Court awards plaintiff his reasonable attorney fees and costs pursuant to 42 U.S.C. § 1988, in an amount set forth in a separate stipulation and order filed concurrently with this judgment.

6. All relief not expressly granted by this judgment is denied.

Dated: July 27, 2009

*Audrey B. Collins*
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

NELSON & FULTON

Henry Nelson, Esq.
Attorney for Defendants,
GRADY MILES and KEN MCWAID

-4-

**Judgment**